# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Michael Marshall,

        Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                      3:10-cv-519
                                            (3:07-cr-283)

United States of America,

        Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 10, 2010 Order.

Signed: December 10, 2010

_____
Frank G. Johns, Clerk
United States District Court